# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re: Roy Daniel Marttinen | Case No. 19-40102-KAS |
| Debtor. | |
| Knife River Corporation, | Adversary No.: 19-04123 |
| Plaintiff, | **AMENDED NOTICE OF HEARING AND MOTION** |
| vs. | |
| Roy Daniel Marttinen, | |
| Defendant. | |

TO: ROY DANIEL MARTTINEN:

PLEASE TAKE NOTICE, that Plaintiff will move the Court on pursuant to Rule 56 of the Federal Rules of Civil Procedure (attached) at Courtroom No. 8, West, 8th Floor, at the United States Courthouse, at 300 South 4th Street, Minneapolis, Minnesota, 55415, on the 17th day of December, 2019, at 9:30am, for an Order holding that the debt which is the subject of Plaintiff's claim is non-dischargeable pursuant to Section 523 (a)(2)(A) of the United States Bankruptcy Code, Please take further notice that you must file any response to this motion not later than the close of the business day on <u>December 4, 2019</u>, and if no response if filed the court may grant the motion without a hearing.

Dated: October 25, 2019

/s/ James I. Roberts
James I. Roberts
Attorney for Plaintiff
5280 15th Avenue Southeast
St. Cloud, MN 56304
(320)253-4582
Reg.No.216343

## AFFIDAVIT OF SERVICE

Crystal Leckelt, being first duly sworn on oath, states that on October 25th, 2019 she served the attached AMENDED Notice of Hearing and Motion by placing the same in a post office box addressed as below, postage prepaid, first class mail in St. Cloud, Minnesota:

Roy Daniel Marttinen
4002 Hendricks Dr. NW
Maple Lake, MN 55358


Crystal Leckelt

SUBSCRIBED AND SWORN TO BEFORE ME
October 25, 2019

_____
NOTARY PUBLIC

JAMES I. ROBERTS
NOTARY PUBLIC
MINNESOTA
My Commission Expires Jan. 31, 2020